AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DANIEL S.

*Plaintiff*

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY

*Defendant*

Civil Action No. 1:21-cv-03078-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 16, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 17, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on motions for Summary Judgment

Date: 2/24/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony